**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00199-CR
### No. 05-15-00221-CR

## ROBERT WORLEY KYRIAS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31131CC, 12CL-1053**

## ORDER

The Court **GRANTS** the State's November 17, 2015 motion for extension of time to file

the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/     LANA MYERS
        PRESIDING JUSTICE